Carolee A. Hoover (SBN 282018)
choover@reedsmith.com
Anthony Q. Le (SBN 300660)
ale@reedsmith.com
REED SMITH LLP
101 Second Street; Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Harley-Davidson Credit Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelli Ann Davis, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Harley-Davidson Credit Corp., a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 2:16-CV-00107-MCE-AC<br><br>**ORDER EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed:   January 19, 2016<br><br>Honorable Morrison C. England |

Pursuant to the parties signed stipulation (ECF No. 6), and good cause appearing, Defendant's time to file a responsive pleading in this action is extended to March 16, 2016.

IT IS SO ORDERED.

Dated:  February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

– 1 –

ORDER EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT