LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
brandon@bblocklaw.com
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone:   310.887.1440
Facsimile:   310.496.1420

Attorneys for Plaintiff
KELLI ANN DAVIS

Carolee A. Hoover (SBN 282018)
choover@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
MCGUIREWOODS LLP
505 Sansome Street
Suite 700
San Francisco, CA 94111
Telephone: +1 415 844 9944
Facsimile: +1 415 844 9922

Attorneys for Defendant
Harley-Davidson Credit Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI ANN DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARLEY-DAVIDSON CREDIT CORP., a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00107-MCE-AC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Action filed:  January 19, 2016 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the stipulation of the Parties, and good cause appearing, this action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  August 30, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE